1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700   Fax: 916-498-5710

5  Attorneys for Defendant
    DANIEL HANKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-0084-EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| DANIEL HANKINS, et al, | ) Date:  June 29, 2015<br>) Time:  10:00 a.m.<br>) Judge: Hon. Edmund F. Brennan |
| Defendants. | ) |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ELLIOT WONG, Chief Assistant Federal Defender LINDA C. HARTER attorney for DANIEL HANKINS and attorney DUSTIN JOHNSON attorney for JEREMY HANKINS, that the Court vacate the status conference on June 5, 2015 and set a new status conference for June 29, 2015 at 10:00 a.m.

   The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendants in a speedy trial, because defense counsel has received nearly 700 pages of discovery and several videos,  defense counsel requires additional time review these documents with their prospective clients and to conduct a further investigation.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through June 29, 2015, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED: June 3, 2015                    Respectfully submitted,

                                       HEATHER WILLIAMS
                                       Federal Defender

                                       /s/Linda Harter
                                       LINDA HARTER
                                       Chief Assistant to the Federal Defender
                                       Attorneys for Defendant
                                       DANIEL HANKINS


                                       /s/ Dustin Johnson
                                       DUSTIN JOHNSON
                                       Attorney for Defendant
                                       JEREMY HANKINS


Dated:  June 3, 2015                   BENJAMIN B. WAGNER
                                       United States Attorney



                                       */s/ Linda C. Harter for*
                                       ELLIOT WONG
                                       Special Assistant United States Attorney

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, June 3, 2015 up to and including June 29, 2015, shall be excluded from computation of time within which the trial

of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the June 5, 2015 status conference shall be continued until June 29, 2015, at 10:00 a.m.

Dated: June 4, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE