```
BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-CR-00084-EFB |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~Proposed~~] ORDER |
| | ) TO CONTINUE EVIDENTIARY HEARING |
| v. | ) |
| | ) DATE:  October 16, 2015 |
| DANIEL LESTER HANKINS, et al., | ) TIME:   2:00 p.m. |
| | ) JUDGE: Hon. Edmund F. Brennan |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

The United States and defendant Daniel Lester Hankins, by and through their undersigned attorneys, hereby stipulate and request that the evidentiary hearing currently set for October 16, 2015 at 2:00 p.m. be continued to January 11, 2016 at 10:00 a.m.

Additionally, the parties request that time from October 16, 2015 to January 11, 2016 be excluded from the calculation of time under the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of October 16, 2015 to January 11, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E for a pending pre-trial motion.  The ends of justice served by a

1

continuance as requested outweigh the best interest of the public and the defendant in a speedy trial.  Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which trial must commence.

DATED: October 13, 2015          BENJAMIN B. WAGNER
                                 United States Attorney

                           By:    /s/ Elliot C. Wong
                                 ELLIOT C. WONG
                                 Special Assistant U.S. Attorney

DATED: October 13, 2015

                           By:    /s/ Linda Harter
                                 LINDA HARTER
                                 Counsel for Defendant

ORDER

It is hereby ordered that the evidentiary hearing presently set for October 16, 2015 at 2:00 p.m. be continued to January 11, 2016 at 10:00 a.m.  The time from October 16, 2015 to January 11, 2016 shall be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E.  The Court finds that the ends of justice served by a continuance as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

DATED:   October 14, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE