HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
HILLARY HERSHENOW
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DANIEL LESTER HANKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-084-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE EVIDENTIARY HEARING AND SET FOR CHANGE OF PLEA |
| v. | |
| DANIEL LESTER HANKINS, | Date: February 8, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ELLIOT WONG and Chief Assistant Federal Defender LINDA C. HARTER attorney for DANIEL HANKINS, that the Court vacate the evidentiary hearing on January 11, 2016 and set for a change of plea hearing on February 8, 2016 at 10:00 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, because defense counsel needs additional time to consider plea negotiations with the defendant and to conduct further investigation.

1    The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 8, 2016, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED: December 28, 2015                Respectfully submitted,

                                        HEATHER WILLIAMS
                                        Federal Defender

                                        /s/Linda Harter
                                        LINDA HARTER
                                        Chief Assistant to the Federal Defender
                                        Attorneys for Defendant
                                        JASMINE WILLIAMS

Dated: December 28, 2015                BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Linda C. Harter for*
                                        Elliot Wong
                                        Special Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, January 11, 2016 up to and including February 8, 2016 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the January 11, 2016 evidentiary hearing shall be continued for a change of plea hearing to February 8, 2016 at 10:00 a.m.

Dated: January 4, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-