HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DANIEL HANKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HANKINS, et al,<br><br>Defendant. | Case No. 2:15-CR-0084-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   March 11, 2016<br>Time:   2:00 p.m.<br>Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ELLIOT WONG, Chief Assistant Federal Defender LINDA C. ALLISON attorney for DANIEL HANKINS, that the Court vacate the change of plea hearing on February 8, 2015 and set a change of plea hearing for Friday, March 11, 2016 at 2:00 p.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendants in a speedy trial, counsel needs additional time to review and discuss plea negotiations with her client and to conduct a further investigation.

/ / /

1   The parties stipulate that for the purpose of computing time under the Speedy Trial Act,
2   the Court should exclude time from the date of this order through March 11, 2016, for defense
3   preparation and investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED:  February 4, 2016                    Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/Linda Allison
LINDA C. ALLISON
Chief Assistant to the Federal Defender
Attorneys for Defendant
DANIEL HANKINS

Dated:  February 4, 2016                    BENJAMIN B. WAGNER
United States Attorney

/s/ Linda C. Allison for
ELLIOT WONG
Special Assistant United States Attorney

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, February 8, 2016 up to and including March 11, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

§3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the February 8, 2016 change of plea hearing shall be continued until March 11, 2016, at 2:00 p.m..

Dated: February 5, 2016.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE