1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA ALLISON, #179741
    Chief Assistant for the Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700  Fax: 916-498-5710

5   Attorneys for Defendant
    DANIEL HANKINS
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )  Case No. 2:15-cr-0084-EFB
                                      )
12        Plaintiff,                  )  STIPULATION AND [PROPOSED] ORDER
                                      )  TO CONTINUE CHANGE OF PLEA
13           v.                       )
                                      )  Date:  March 11, 2016
14   DANIEL HANKINS, et al,           )  Time:  2:00 p.m.
                                      )  Judge:  Hon. Edmund F. Brennan
15        Defendants.                 )
                                      )
16   ─────────────────────────────────)

17        IT IS HEREBY STIPULATED between the parties through their respective counsel,

18   Special Assistant United States Attorney ELLIOT WONG, Chief Assistant Federal Defender

19   LINDA C. ALLISON attorney for DANIEL HANKINS, that the Court vacate the change of plea

20   hearing on March 11, 2016 and set a change of plea hearing for Friday, April 29, 2016 at 2:00

21   p.m.

22        The parties also agree that the ends of justice served by granting defendant's request for a

23   continuance outweighs the best interest of the public and the defendants in a speedy trial, counsel

24   needs additional time to review and discuss plea negotiations with her client and to conduct a

25   further investigation.

26   / / /

27

28

                                       -1-

1

The parties stipulate that for the purpose of computing time under the Speedy Trial Act,

2

the Court should exclude time from the date of this order through April 29, 2016, for defense

3

preparation and investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

4

5

DATED:  March 8, 2016                                        Respectfully submitted,

6

7

HEATHER WILLIAMS
Federal Defender

8

/s/Linda Allison
LINDA ALLISON

9

Chief Assistant to the Federal Defender
Attorneys for Defendant

10

DANIEL HANKINS

11

12

Dated:  March 8, 2016                                        BENJAMIN B. WAGNER
United States Attorney

13

14

/s/ Linda C. Allison for
ELLIOT WONG

15

Special Assistant United States Attorney

16

17

18

### ORDER

19

20

The Court, having received, read, and considered the stipulation of the parties, and good

21

cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

22

Court specifically finds that the failure to grant a continuance in this case would deny counsel

23

reasonable time necessary for effective preparation, taking into account the exercise of due

24

diligence.   The Court finds that the ends of justice to be served by granting the requested

25

continuance outweigh the interests of the public and defendants in a speedy trial.

26

The Court orders that the time from the date of the parties stipulation, March 8, 2016 up

27

to and including April 29, 2016, shall be excluded from computation of time within which the

28

trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161

1   (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further

2   ordered that the March 11, 2016 change of plea hearing shall be continued until April 29, 2016,

3   at 2:00 p.m..

    Dated:  March 8, 2016.

4                                                    _____
                                                     EDMUND F. BRENNAN
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28