HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DANIEL HANKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL HANKINS, et al,<br><br>    Defendants. | Case No. 2:15-cr-0084-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING AND PRESENTENCE REPORT SCHEDULE<br><br>Date:  August 26, 2016<br>Time:  2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ELLIOT WONG, Chief Assistant Federal Defender LINDA C. ALLISON attorney for DANIEL HANKINS, that the Court vacate the sentencing hearing set for August 19, 2016 and set a sentencing hearing for Friday, August 26, 2016 at 2:00 p.m.

The new Presentence Report schedule will be as follows:

Motion to correct Presentence Report/Sentencing Memorandum:     August 22, 2016

Reply Statement of Non Opposition/Sentencing Memorandum:     August 24, 2016

Defense counsel needs additional time to file a sentencing memorandum and review the final presentence report and discuss the report and issues with her client.   Defense counsel has been on vacation and will be on medical leave next week.

DATED: August 12, 2016                    Respectfully submitted,

                                          HEATHER WILLIAMS
                                          Federal Defender

                                          /s/Linda Allison
                                          LINDA ALLISON
                                          Chief Assistant to the Federal Defender
                                          Attorneys for Defendant
                                          DANIEL HANKINS


Dated: August 12, 2016                    PHILLIP A. TALBERT
                                          Acting United States Attorney



                                          /s/ Linda C. Allison for
                                          ELLIOT WONG
                                          Special Assistant United States Attorney



## ORDER

~~The Court orders that the time from the date of the parties' stipulation, August 12, 2016 up to and including August 26, 2016,~~ It is ordered that the August 19, 2016 sentencing hearing shall be continued until August 26, 2016, at 2:00 p.m. and the presentence schedule be set as stated above.

Dated: August 15, 2016.

                                          /s/ Edmund F. Brennan
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE