PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-CR-00084-EFB |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~Proposed~~] ORDER |
| | ) TO CONTINUE JUDGMENT AND |
| v. | ) SENTENCING AS TO DANIEL LESTER |
| | ) HANKINS |
| DANIEL LESTER HANKINS, et al., | ) |
| | ) DATE:  October 24, 2016 |
| Defendants. | ) TIME:  1:30 p.m. |
| | ) JUDGE: Hon. Edmund F. Brennan |

The United States and defendant Daniel Lester Hankins, by and through their undersigned attorneys, hereby stipulate and request that the Judgment and Sentencing currently set for October 24, 2016, at 1:30 p.m. be continued to November 14, 2016, at 2:00 p.m.

DATED: October 20, 2016          PHILLIP A. TALBERT
                                 Acting United States Attorney

                            By:  */s/ Justin L. Lee*
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

///

///

1

DATED: October 20, 2016

By:    */s/ Linda Allison*
       LINDA HARTER
       Counsel for Defendant

ORDER

It is hereby ordered that the Judgment and Sentencing currently set for October 24, 2016, at 1:30 p.m. be continued to November 14, 2016, at 2:00 p.m.

SO ORDERED

DATED: October 24, 2016

       EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE

2