HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
CAROLYN M. WIGGIN, # 182732
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710
Linda.allison@fd.org

Attorneys for Defendant
DANIEL LESTER HANKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00084-GEB-1 |
|---|---|---|
| Plaintiff/Appellee, | ) ) | STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE |
| v. | ) ) | Date: February 24, 2017 |
| DANIEL LESTER HANKINS | ) ) | Time: 9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |
| Defendant/Appellant. | ) ) ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Justin Lee for the UNITED STATES OF AMERICA and Assistant Federal Defender CAROLYN M. WIGGIN for Daniel Lester Hankins that the Court vacate the current briefing schedule and provide for the following schedule:

    Appellant's Opening brief due                  January 20, 2017

    Appellee's Responsive brief due               February 10, 2017

    Appellant's Reply due                            February 17, 2017

    Oral argument will remain scheduled for February 24, 2017, at 9:00 a.m.

Dated: January 3, 2017                    Respectfully submitted,

                                                  HEATHER WILLIAMS
                                                  Federal Defender

                                                  */s/ Carolyn M. Wiggin*
                                                  CAROLYN M. WIGGIN
                                                  Assistant to the Federal Defender
                                                  Attorneys for Defendant
                                                  DANIEL LESTER HANKINS

Dated: January 3, 2017                    PHILLIP A. TALBERT
                                                  United States Attorney

                                                  */s/ Justin Lee*
                                                  JUSTIN LEE
                                                  Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties,

    1.    The current briefing schedule in this matter is vacated;

    2.    The following briefing schedule shall be set:

        Appellant's Opening brief due                    January 20, 2017

        Appellee's Responsive brief due                  February 10, 2017

        Appellant's Reply due                                  February 17, 2017

    3.    Oral argument will remain scheduled for February 24, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 4, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge