PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LESTER HANKINS,<br><br>Defendants. | CASE NO. 2:15-CR-00084-EFB-GEB<br><br>STIPULATION TO RESET BRIEFING SCHEDULE<br><br>DATE: February 24, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for a briefing schedule and hearing on the defendant's appeal of the magistrate judge's decision. (Doc. 70.) The defendant filed his opening brief on January 20, 2017. (Doc. 78.) The United States was ordered to filed a responsive brief within 21 days after the filing of the opening brief. (Doc. 70.) Accordingly, the United States's brief is due February 10, 2017.

2. By this stipulation, the parties now jointly request to reset the briefing schedule and continue the hearing on the appeal as follows:

    a) The United States's answering brief shall be filed by February 24, 2017.

    b) The defendant's reply, if any, shall be filed by March 3, 2017.

    c) The hearing on appeal shall be March 10, 2017.

IT IS SO STIPULATED

Dated: February 9, 2017

    PHILLIP A. TALBERT
    United States Attorney

    /s/ JUSTIN L. LEE
    JUSTIN L. LEE
    Assistant United States Attorney

Dated: February 9, 2017

    /s/ CAROLYN WIGGIN
    CAROLYN WIGGIN
    Counsel for Defendant
    Daniel Lester Hankins

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 14, 2017

    GARLAND E. BURRELL, JR.
    Senior United States District Judge