

| | | |
|---|---|---|
| **OFFICE OF THE FEDERAL DEFENDER**<br>**Eastern District of California**<br>801 I Street, 3rd Floor<br>Sacramento, California  95814-2510<br>**(916) 498.5700   FAX (916) 498.5710** | | **HEATHER E. WILLIAMS**<br>Federal Defender<br><br>**LINDA C. ALLISON**<br>Chief Assistant Defender |

## memorandum

Date:     February 14, 2017

To:        Honorable Garland E. Burrell, Jr.
              United States District Court Judge

From:   Carolyn M. Wiggin, Assistant Federal Defender

Subject: *United States v. Daniel Hankins*
               2:15-CR-0084-GEB

---

      Stephen Avis is a Certified Law Clerk, who has been admitted to practice in this district pursuant to Rule 181.   He is under my direct supervision.  I have worked with him on the brief and will directly supervise the oral argument on appeal.

      Daniel Hankins has signed a consent form pursuant to Local Rule 181 to allow Mr. Avis to represent Mr. Hankins in all future proceedings in this court.  The next scheduled proceeding is the oral argument on the appeal set for March 10, 2017 at 9:00 a.m.

      If the court so approves, a signed copy of this document will be maintained in the defendant's file.

   _X__     Approved

   ___     Not Approved

Dated:  February 15, 2017

                                                *[signature]*
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge